IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JASON WEATHERS,<br>    Plaintiff, | §<br>§<br>§ | |
| V. | § | C.A. NO. C-08-54 |
| | § | |
| RUTH CANO,<br>    Defendant. | §<br>§<br>§ | |

## AMENDED ORDER SETTING DEADLINES

The following amended deadlines are set:

1. Discovery ends **Monday January 5, 2009.**

2. Expert witnesses must be designated by **Friday, November 21, 2008.** For any expert designated, a report in compliance with Fed. R. Civ. P. 26(a)(2)(B) must accompany the designation. Responsive experts are due twenty days prior to the close of discovery.

3. Dispositive motions are due **Monday, January 5, 2009.** Responses to dispositive motions are due thirty days after receipt of a copy of the opposing party's dispositive motion.

4. If no dispositive motions are filed, the parties' joint pretrial order is due **Friday, February 6, 2009.** If any party files a dispositive motion, the parties' joint pretrial order is due **thirty days** after the entry of the order resolving such motion. Defendants will be responsible for the filing of the joint pretrial order, executed by the party *pro se* or the attorney-in-charge, and conforming fully with the form set out

in Appendix B of the Local Rules of the Southern District of Texas (2000). Defendant shall allow all parties at least **twenty (20) working days** for review and contribution. A motion for leave to file a joint pretrial order without the signature of all counsel must be made, showing good cause, to obtain authority to file a pretrial order without all required signatures. Differences of the parties with respect to any matter relevant to a pretrial order will be set forth in the joint pretrial order at the appropriate place. Willful or indifferent failure to submit a well-prepared joint pretrial order in a timely fashion or to respond to its completion is cause for dismissal in the case of Plaintiff, or in the case of Defendant, is cause for default. The Clerk shall mail to plaintiff a copy of the form appearing at Appendix B of the Local Rules.

5. Leave of court is required to amend pleadings or to join additional parties.

ORDERED this 6th day of October, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE